# EXHIBIT B

**Brailey Landry**
November 22, 2011
Clinic Visit
Michael L. Hoops, M.D.

**CHIEF COMPLAINT:** Burn

**HISTORY:** This is a 19 month-old white female, who has sustained a burn to her right wrist at a Navy hospital, after gynecological light was used to help start an iv, per her mother.

**PHYSICAL EXAMINATION:** It is healed. She has an active and pass range of motion, which are normal. It left an approximately 2cm irregular scar on her wrist, which is slowly functional. We talked about scar revison which I do not advise at this time. However, she may want it done in the future as she ages. She understands that this scar will always be present, however I believe that it can be a better scar. She was given a quote as to how much it will cost.

**RECOMMENDATIONS:** She will return to see me on a PRN basis.

---

Michael L. Hoops, M.D.
Plastic Surgery Clinic of Cleveland

MLH/mm
Dictated but not read