# EXHIBIT C

*Landry, et al. v. The United States of America*

Case No. 3:13-cv-00537-H-WVG

Exhibit C

## COSTS ADVANCED BY PLAINTIFFS' ATTORNEYS

| | |
|---|---|
| In-house copies (182 pgs. x $.15/pg.): | $27.30 |
| Postage: | $9.00 |
| Motion fee: | $46.00 |
| Unbilled costs on following page: | $580.05 |
| **Total:** | **$662.35** |

---

EXHIBIT C
COSTS ADVANCED

9:38 AM
04/19/13
Accrual Basis

# LAW OFFICES OF JANICE F. MULLIGAN, A.P.C.
## Unbilled Costs by Job
### All Transactions

| Type | Date | Source Name | Memo | Account | Billing Status | Amount |
|---|---|---|---|---|---|---|
| **LANDRY** | | | | | | |
| Check | 6/2/2011 | Tritech Reprograph... | Landry 1186... | Costs Advanced | Unbilled | 161.64 |
| Credit Card Charge | 3/8/2012 | Postal Annex | color copies | Costs Advanced | Unbilled | 5.06 |
| Check | 11/2/2012 | Keenan O'Connor | Mileage and ... | Costs Advanced | Unbilled | 16.58 |
| Check | 3/4/2013 | Keenan O'Connor | Landry posta... | Costs Advanced | Unbilled | 46.77 |
| Credit Card Charge | 3/7/2013 | US District Court | | Costs Advanced | Unbilled | 350.00 |
| **Total LANDRY** | | | | | | 580.05 |
| **TOTAL** | | | | | | 580.05 |