# EXHIBIT D

*Landry, et al. v. The United States of America*
Case No. 3:13-cv-00537-H-WVG
Exhibit C

# ATTORNEY FEE DECLARATION

I, BRIAN K. FINDLEY, hereby declare:

1. I am an attorney duly licensed to practice law before the district court of the southern district of California and am employed by Mulligan & Banham, attorneys of record for Plaintiffs in this action, JENSEN LANDRY, BRAILEY LANDRY and BRAILEY LANDRY's guardian ad litem, Jeanna Mealer. I have personal knowledge of the matters stated herein except those matters stated on information and belief. I am competent to testify and if called as a witness, I could and would testify as follows:

2. My firm's fee in this case is based upon a contingency fee contract signed by a legal guardian of the minor child BRAILEY LANDRY, which allows for 25% of the gross recovery as a fee after a lawsuit is filed, pursuant to the Federal Tort Claims Act.

3. My firm's total fee for representation of all three persons listed above in regard to this action is $3,750.00. This is 25% of the gross settlement amount of $15,000. Our total costs being reimbursed are $662.35.

4. In regard to Plaintiff, BRAILEY LANDRY, the minor to whom the attached petition relates: BRAILEY's portion of the gross settlement is $12,850.00. The attorney's fee upon this amount is $3,212.50 (25% of $12,850.00). After deduction for costs, the net amount to be deposited in a

1  blocked account for BRAILEY is $8,975.15 (12,850.00 - $3,212.50 - $662.35 = $8,975.15).

5. The total costs are being subtracted from BRAILEY's recovery and not the other recovering Plaintiff, JENSEN, in a deliberate effort to allow a net recovery to JENSEN LANDRY of $1,600 after fees and costs. This is achieved by allocation of $2,150.00 (or 14.3%) of the total $15,000 recovery to JENSEN LANDRY, minus a 25% attorney's fee of $537.50, netting $1,600 to JENSEN LANDRY.

6. This is a medical malpractice action governed by two statutory schemes regulating attorneys fees, MICRA and the Federal Tort Claims Act (FTCA). The $3,750.00 fee requested by my firm pursuant to the FTCA is less than the 40% after-costs fee of $4,875.06 that would be allowed under MICRA.

7. The fee that my firm asks this court to approve, $3,750.00 on BRAILEY LANDRY's gross recovery of $12,850.00 is reasonable in that over 40 hours of attorney time were expended in regard to BRAILEY LANDRY's injury claim in client meetings and teleconferences, review of medical records, research, drafting a comprehensive demand package and administrative claim, drafting and filing a lawsuit and guardian ad litem papers, negotiating with the Offices of the Judge Advocate General and U.S. Attorney, and drafting these petition papers. The fee is therefore less than $93.75 per hour. Myself and the other attorneys at my firm working on this claim are experienced litigators. Our rates on hourly billable matters range from $200.00 to $450.00 per hour.

8. BRAILEY LANDRY's mother, JENSEN LANDRY, and BRAILEY's guardian ad litem, Jeanna Mealer, have been informed of and approve the final amount of the fee.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 29, 2013         <u>s/Brian K. Findley</u>
                                             Brian K. Findley