13 JUN -3 AM 9:14

[stamp] DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAILEY LANDRY, a minor, by and through her Guardian Ad Litem, Jeanna Mealer; and JENSEN LANDRY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:13-cv-00537-H-WVG<br><br>**ORDER APPROVING COMPROMISE OF DISPUTED CLAIM OF MINOR**<br><br>(Doc. #6) |

Petitioner, Jeanna Mealer, Guardian Ad Litem and maternal grandmother to Plaintiff, BRAILEY LANDRY, a minor, has petitioned the Court for approval of the compromise of BRAILEY LANDRY's claim in this action. BRAILEY LANDRY's claim is against sole Defendant, The United States of America, for the alleged medical negligence of Camp Pendleton Naval Hospital and its staff.

**FOR GOOD CAUSE SHOWN, THE COURT ORDERS THAT:**

1. The petition is GRANTED. The proposed compromise of BRAILEY LANDRY's claim is approved.

2. The gross value of the settlement in favor of BRAILEY LANDRY is **$12,850.00**.

3. **Payment of Fees and Expenses:** The gross amount of the settlement shall be made payable to the trust account for Plaintiffs' attorneys – "Janice F. Mulligan, A.P.C. – Client Trust Account." Plaintiff's attorneys are authorized to pay fees and expenses out of the gross settlement amount as follows:

    a. Attorney's fees to Janice F. Mulligan, A.P.C. in the amount of $3,212.50.

    b. Reimbursement to Janice F. Mulligan, A.P.C. for costs advanced in the amount of $662.35.

4. **Blocked Account:** The balance of the settlement available for BRAILEY LANDRY after payment of all allowed fees and expenses is **$8,975.15**.

    a. $8,975.15 shall be promptly deposited by Plaintiffs' attorneys into an interest bearing, federally insured, blocked account in the name of BRAILEY LANDRY. Petitioner Jeanna Mealer will be indicated as the custodian for the account.

    b. The blocked account will be held at United Community bank, 182 Blue Ridge Dr McCaysville, GA 30555, (706) 492-5900. Account no. 3047123744. Routing no. 061112843.

    c. BRAILEY LANDRY is a minor, born on April 25, 2010.

    d. No withdrawals of principal or interest shall be made from the blocked account without written order under the case name and number, signed by a judge, and bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains the age of 18 years, the depository, without further order of this court,

is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

  e. **The petitioner and petitioner's attorney shall deliver a copy of this order to the depository. The depository's acknowledgement of receipt of this order and the funds shall be filed with this court within 30 days of deposit.**

5. Petitioner is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement.

Dated: 5/31/13

Hon. William V. Gallo
UNITED STATES MAGISTRATE JUDGE